UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUSTAQUIO ASCENCIO
ENCARNACION, *on behalf of himself
and others similarly situated*,

                Plaintiff,

    v.

CITY CATERING CAFE INC. d/b/a
CITY CATERING CAFE, GEORGE
JAMISON, AND LEON MOORE,

                Defendants.

21-CV-6843 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 15, 2021, this case was automatically referred to mediation under this Court's standing order.  It has been reported to the Court that the parties have attended a mediation session, and no resolution was reached.  Accordingly, by April 27, 2022, the parties shall submit a joint letter proposing next steps in this case that includes mutually agreeable dates for an initial pretrial conference.

SO ORDERED.

Dated:    April 20, 2022
          New York, New York

RONNIE ABRAMS
United States District Judge