| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

EUSTAQUIO ASCENCIO ENCARNACION, *individually and on behalf of others similarly situated*,

          Plaintiff,

          v.

CITY CATERING CAFE INC. *doing business as* CITY CATERING CAFE, GEORGE JAMISON, and LEON MOORE,

          Defendants.

No. 21-CV-6843 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The parties have notified the Court that mediation was unsuccessful. It is hereby:

    ORDERED that, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Judge Lehrburger. If both parties consent to proceed before Judge Lehrburger, they must, **within two weeks of the date of this Order**, submit via ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  If the Court approves that form, all further proceedings will then be conducted before Judge Lehrburger rather than before this Court.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to this Order.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **within two weeks of the date of this Order**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. No adverse consequences will result from the withholding of that consent.

The parties are reminded that, in most cases, settlements of claims under the FLSA must be approved by the Court. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

SO ORDERED.

Dated:   May 2, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge